## Exhibit A
## Pharmacy Services Agreement

(to be filed under seal on leave of Court pursuant to D. Kan. Rule 5.4.6)