**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| WHOLESALE ALLIANCE, LLC | ) | |
| d/b/a PHARMACY FIRST and | ) | |
| THIRD PARTY STATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:18-cv-02649-JAR-KGG |
| vs. | ) | |
| | ) | |
| DGN PHARMACY INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Wholesale Alliance, LLC, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

**LEWIS RICE LLC**

Dated:  January 7, 2019          By:   /s/ Winthrop B. Reed, III
                                      Winthrop B. Reed, III, #78794
                                      R. Taylor Matthews, III (pro hac vice)
                                      Jennifer L. Gustafson (pro hac vice)
                                      600 Washington Avenue
                                      Suite 2500
                                      St. Louis, Missouri 63101
                                      (314) 444-7600
                                      (314) 241-6056 (facsimile)
                                      wreed@lewisrice.com
                                      tmatthews@lewisrice.com
                                      jgustafson@lewisrice.cm

                                      Scott A. Wissel, KS #18589
                                      1010 Walnut, Suite 500
                                      Kansas City, Missouri 64106
                                      (816) 421-2500
                                      (816) 472-2500 (facsimile)
                                      sawissel@lewisricekc.com

                                      *Attorneys for Plaintiff Wholesale Alliance,*
                                      *LLC d/b/a Pharmacy First and Third Party*
                                      *Station*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Gregory P. Goheen
Robert L. Turner, IV
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
ggoheen@mvplaw.com
rturner@mvplaw.com

Jesse C. Dresser
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, New Jersey 07058
jdresser@frierlevitt.com

 /s/ Winthrop B. Reed, III